360 A.2d 665

COMMONWEALTH

v.

SWAVELY, Appellant.

Submitted December 16, 1975. James R. Hevalow and Louis R. Rizzuto, Assistant Public Defenders, for appellant; Charles M. Guthrie, Assistant District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.